UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

JERMIS MUNOZ,

                         Plaintiff,

       -against-

THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, PORT AUTHORITY POLICE
DEPARTMENT DETECTIVE ANDREW SAMUEL (Shield
No. 50, Tax No.:47846), PORT AUTHORITY POLICE
DEPARTMENT JOHN DOE 1,

                         Defendants.

----------------------------------------------------------------------------x

26-CV- 00377 (__) (__)

**NOTICE OF REMOVAL
PURSUANT TO 28
U.S.C. § 1441**

TO:     THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF NEW YORK:

     **PLEASE TAKE NOTICE** that as provided by Title 28, U.S. Code, Chapter 89,

Defendants the Port Authority of New York and New Jersey ("Port Authority") and Port Authority

Police Department Detective Andrew Samuel ("Det. Samuel") (together "Defendants") by and

through the undersigned attorneys, hereby file this Notice of Removal of the above-described

action to the United States District Court for the Eastern District of New York from the Supreme

Court of the State of New York, County of Queens, where the action is now pending under

Index No: 737789/2025.

     **PLEASE TAKE FURTHER NOTICE,** Defendants hereby state that the Port Authority

has not yet filed an Answer to the Complaint in this matter and reserves its right under Fed. R.

Civ. P. 81(c)(2) to file an Answer to the Complaint or otherwise move in the United States District

Court, Eastern District of New York, and further states:

     1.      The above-entitled action was filed in the Supreme Court of the State of New York,

County of Queens on December 19, 2025 as against Defendants and is now pending in that court.

The Port Authority was served with a copy of the Summons and Verified Complaint on October December 23, 2025.

2.      This action is timely removed pursuant to 28 U.S.C. §1446(b)(2)((B), which permits each defendant to file a notice of removal 30 days after receipt by or service on that defendant of the initial pleading or summons.

3.      In accordance with 28 U.S.C. §1446(a), a copy of all process, pleadings and orders received by the Port Authority are attached hereto as **Exhibit A**.

4.      Defendants have consented to removal pursuant to 28 U.S.C. §1446(b)(2)((C). The Port Authority's consent to removal is attached hereto as **Exhibit B**.

5.      Upon information and belief, Det. Samuel has not been personally served with the Summons and Verified Complaint, and therefore, has not answered the Complaint.

6.      Plaintiff alleges that on August 27, 2024, he was falsely arrested and maliciously prosecuted as a result of earlier conduct that occurred at John F. Kennedy Airport on February 16, 2024.  *See* Exhibit **A**, ¶¶ 1, 22-25, 46-50.

7.      Plaintiff further alleges negligence and negligent infliction of emotional distress against Defendants.  *Id.,* ¶¶ 75 – 82.

8.      The United States District Court for the Eastern District of New York has jurisdiction by reason of 28 U.S.C. §1331 in that the action arises under the Laws of the United States, as it appears from the Complaint that Plaintiff bases his claims for relief against Defendants on and under the United States Constitution and federal statutes.  *See* **Ex A**, ¶¶ 3, 7, 40 – 62. To the extent the Complaint alleges state common law or other non-federal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as the Plaintiff's federal claims and form part of the same case or

2

controversy.

9.      Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) because the United States District Court for the Eastern District of New York is the federal judicial district embracing the Supreme Court of the State of New York, County of Queens where the state court action was originally filed.

10.      In accordance 28 U.S.C. § 1446(d), the filing of a copy of this notice with the County Clerk and Clerk of the Supreme Court of the State of New York, County of Queens shall give that court notice of the removal and the Supreme Court of the State of New York shall proceed no further with respect to the action, unless and until the case is remanded thereto.

**WHEREFORE**, Defendants respectfully request that this action, previously pending in the Supreme Court of the State of New York, County of Queens, proceed in this Court as an action properly removed to it and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

Dated:  New York, New York
      January 22, 2026

                  **THE PORT AUTHORITY LAW DEPARTMENT**
                  *Attorneys for Defendant the Port Authority of New York and New Jersey and Det. Samuel*

                  By:       */s/* Andrew Blancato
                        Andrew Blancato, Esq.
                        The Port Authority of New York and New Jersey
                        4 World Trade Center
                        150 Greenwich Street, 24th Floor
                        New York, New York 10007
                        (212) 435-3493

TO:    County Clerk and Clerk of the Supreme Court
        of the State of New York, County of Queens
        88-11 Sutphin Blvd
        Jamaica, New York 11435

        KAISHIAN & MORTAZAVI LLC
        *Attorneys for Plaintiff*
        55 Washington Street, Suite 461
        Brooklyn, New York 11201
        (347) 662-2421

4